```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 32542
    EDNA LO-DONGO
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-7977


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/01/2004 and was confirmed 11/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/11/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
FIRST BANK & TRUST OF EV   SECURED            9199.28       513.83       9199.28
FIRST BANK & TRUST OF EV   UNSECURED         NOT FILED        .00            .00
ROUNDUP FUNDING LLC        UNSECURED          3653.23         .00        3653.23
CAPITAL ONE BANK           UNSECURED           499.96         .00         499.96
CITIBANK                   UNSECURED         NOT FILED        .00            .00
CITIBANK NA                UNSECURED          8382.07         .00        8382.07
MARSHALL FIELDS            UNSECURED         NOT FILED        .00            .00
SHERMAN ACQUISITION        UNSECURED          3419.20         .00        3419.20
XVC                        UNSECURED         NOT FILED        .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY         205.20                     205.20
TOM VAUGHN                 TRUSTEE                                      1,455.36
DEBTOR REFUND              REFUND                                         116.87

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              27,445.00

PRIORITY                                              .00
SECURED                                          9,199.28
    INTEREST                                       513.83
UNSECURED                                       15,954.46
ADMINISTRATIVE                                     205.20
TRUSTEE COMPENSATION                             1,455.36
DEBTOR REFUND                                      116.87
                    --------------         --------------
TOTALS               27,445.00                  27,445.00



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 32542 EDNA LO-DONGO
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/25/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE